UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: Request from the Republic of Poland Concerning Mutual Assistance in Criminal Matters | NO. 3:19MC11 (RMS) |

## MOTION TO PARTIALLY UNSEAL

The Government respectfully requests that the Court unseal the above captioned case, as the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material. The Polish authorities have no objection to unsealing the case.

The Government also requests that all of the original docket entries remain under seal, as they contain (1) the name and address of an individual on whom a search warrant was executed but who may not be charged with any criminal offenses in Poland; (2) the names of relatives of that individual; and (3) the name of a victim of a homicide whose death is being investigated by Polish authorities. Public disclosure of this information could unfairly tarnish the reputation of the individual on whom a search warrant was executed and could violate the victim's family's privacy. Redacted versions of all of the docket entries that remove the items discussed in (1)-(3) above are being filed with this motion and can be publicly docketed.

Finally, the Government requests that the case caption for this matter be edited to exclude the name of the individual on whom a search warrant was executed, for the same reason discussed above.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s Sarala V. Nagala*

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05529
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Sarala V. Nagala@usdoj.gov