UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

**FILED**
2019 JAN 18 P 2: 53
U.S. DISTRICT COURT
NEW HAVEN, CT.

IN RE: Request from the Republic of Poland
Pursuant to the Treaty Between the
Government of the United States of
America and the Government of
Poland on Mutual Assistance in
Criminal Matters in the Matter of
███████████

No. 3:19mc 11 (RMS)
(Under Seal)

### APPLICATION FOR ORDER PURSUANT TO THE TREATY ON MUTUAL ASSISTANCE IN CRIMINAL MATTERS AND TITLE 18, UNITED STATES CODE, SECTION 3512

The United States of America petitions this Court for an order, pursuant to Article 3(2) of the Agreement Between the United States of America and the Republic of Poland on the Application of the Treaty Between the United States of America and the Republic of Poland on Mutual Legal Assistance in Criminal Matters signed 10 July 1996, and pursuant to Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed at Washington 25 June 2003, U.S.-Poland, June 9, 2006, S. TREATY DOC. NO. 109-13 (2006) (the "Treaty"), 18 U.S.C. § 3512, and its own inherent authority, appointing Sarala V. Nagala (or a substitute or successor subsequently designated by the Office of the United States Attorney) as commissioner to collect evidence from witnesses and to take such other action as is necessary to execute the above captioned and attached request from the

3512 MLA APP; LLP 2009 DEC

1

Republic of Poland made pursuant to the Treaty.

Respectfully submitted,
JOHN H. DURHAM
UNITED STATES ATTORNEY

By:

*[signature]*

Sarala V. Nagala
Assistant United States Attorney

3512 MLA APP; LLP 2009 DEC

2