UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN RE: Request from the Republic of Poland
Pursuant to the Treaty Between the
Government of the United States of
America and the Government of
Poland on Mutual Assistance in
Criminal Matters in the Matter of

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ /

No. 3:19mc 11 (RMS)
(Under Seal)

FILED
2019 JAN 18 P 2: 53
U.S. DISTRICT COURT
NEW HAVEN, CT.

ORDER

Upon application of the United States, and upon review of the Request from the Republic of Poland dated November 22, 2017, seeking evidence under the pursuant to the Agreement Between the United States of America and the Republic of Poland on the Application of the Treaty Between the United States of America and the Republic of Poland on Mutual Legal Assistance in Criminal Matters signed 10 July 1996, and pursuant to Article 3(2) of the Agreement on Mutual Legal Assistance Between the United States of America and the European Union signed at Washington 25 June 2003, U.S.-Poland, June 9, 2006, S. TREATY DOC. NO. 109-13 (2006) (the "Treaty"), for use in a criminal investigation, prosecution, or procedure related to the prosecution in the Republic of Poland, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the Treaty and 18 U.S.C. § 3512, as well as this Court's inherent authority, that Sarala V. Nagala (or a substitute or successor designated by the Office of the United States Attorney) is appointed as commissioner (the "commissioner") of this Court and hereby directed to execute the Treaty Request and to take such steps as are necessary to collect the evidence requested. In doing so, the commissioner:

3512 MLA APP; LLP 2009 DEC

1. may issue commissioner's subpoenas to be served at any place within the United States on persons (natural and legal) ordering them or their representatives to appear and to testify and produce evidence located within the United States;

2. shall provide notice with respect to the collection of evidence to those persons identified in the Request as parties to whom notice should be given (and no notice to any other party shall be required);

3. shall adopt procedures to collect the evidence requested consistent with its use in the investigation, prosecution or other proceeding in the Republic of Poland for which the Republic of Poland has requested assistance, which procedures may be specified in the Request or provided by or with the approval of the Foreign Judicial Cooperation Section of the 1st Investigation Division of the Circuit Prosecutor's Office in Poznań under the Treaty;

4. may, in collecting the evidence requested, be accompanied by persons whose presence or participation is authorized by the commissioner, including, without limitation, special agents of the Federal Bureau of Investigation who, as authorized or directed by the commissioner, may direct questions to any witness;

5. may seek such further orders of this Court as may be necessary to execute this Request, including orders to show cause why persons served with commissioner's subpoenas who fail to produce evidence should not be held in contempt, and including protective orders to regulate the use of the evidence collected;

6. shall certify and submit the evidence collected to the Office of International Affairs, Criminal Division, U.S. Department of Justice, or as otherwise directed by that Office for transmission to the Republic of Poland; and,

3512 MLA APP; LLP 2009 DEC

7. may provide copies of the evidence collected to persons identified in the Request as parties to whom such copies should be given (and to no other persons).

IT IS FURTHER ORDERED that any person from whom the commissioner seeks to collect evidence may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with this Court, a copy of which shall be provided contemporaneously to the commissioner.

IT IS FURTHER ORDERED that the application and this order shall be maintained under seal *until January 18, 2020* unless and until this Court orders otherwise. Notwithstanding this order's filing and maintenance under seal, the commissioner may disclose copies of this order as necessary to accomplish the purposes of the Request.

RMS

_____
THE HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2019

3512 MLA APP; LLP 2009 DEC