UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2019 JAN 18 P 2:52
U.S. DISTRICT COURT
NEW HAVEN, CT.

In Re: Request from the Republic of
Poland Concerning Mutual Assistance in
Criminal Matters in the Matter of

NO. 3:19MC 11 (RMS)

▇▇▇▇▇▇▇▇▇▇

| | |
|---|---|
| CONTENTS: | Application for Order; Memorandum in Support Order |
| JUDICIAL OFFICER: | Hon. Robert M. Spector<br>United States Magistrate Judge |
| SUPERVISING ATTORNEY: | Sarala V. Nagala<br>Assistant United States Attorney |
| DATE SEALED: | January 18, 2019 |
| DATE UNSEALED: | *See enclosed order* |