Case 3:19-mc-00011-RMS *SEALED* Document 1-5 *SEALED* 03/12/19 Page 1 of 1
Case 3:09-mc-00061-SRU Document 45 Filed 03/12/21 Page 1 of 1
AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

████████████, who resides at ████████████ New Britain, Connecticut 06051

Case No. 3:19mc11 (RMS)

FILED
2019 MAR 12 P 1:37
U.S. DISTRICT COURT
NEW HAVEN, CT.

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
████████████, who resides at ████████████ New Britain, Connecticut 06051

located in the _____ District of Connecticut, there is now concealed *(identify the person or describe the property to be seized)*:
DNA of ████████████

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| N/A | Sexual assault and homicide (execution of Mutual Legal Assistance Treaty Request from Republic of Poland) |

The application is based on these facts:
See attached affidavit of FBI SA James Lawton

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

James Lawton, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/12/2019

*Judge's signature*

City and state: New Haven, Connecticut

Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*