AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>▓▓▓▓▓▓▓▓▓▓▓▓▓, who resides at ▓▓▓▓▓▓▓▓<br>▓▓▓▓▓▓▓ New Britain, Connecticut 06051 | ) ) ) ) ) ) ) Case No. 3:19mc11 (RMS) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of \_\_Connecticut\_\_
*(identify the person or describe the property to be searched and give its location):*

▓▓▓▓▓▓▓▓▓▓▓, who resides at ▓▓▓▓▓▓▓▓▓▓▓ New Britain, Connecticut 06051

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

DNA samples via buccal swabbing and hair samples, through the following methods, as described further in the Lawton Affidavit, which is incorp. by ref.: FOR BUCCAL SWAB: Gently scrubbing with sterile swab the inside right cheek, then the inside left cheek, for approximately five to ten seconds. Two samples are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. FOR HAIR SAMPLE: Samples of head hair will be obtained from 3 locations from the subject's head. Each area sampled will be a minimum of five (5) hairs which will be plucked from the head with the intention of capturing the root of the hair.

**YOU ARE COMMANDED** to execute this warrant on or before \_\_March 26, 2019\_\_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to \_\_Robert M. Spector\_\_
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for \_\_\_\_ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 3/12/19 @ 2:31 p.m.

*Judge's signature*

City and state: New Haven, Connecticut   Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

### Return

| Case No.: 3:19mc11 (RMS) | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*