UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Request from the Republic of
Poland Concerning Mutual Assistance in
Criminal Matters in the Matter of
▉

NO. 3:19MC11 (RMS)

**FILED UNDER SEAL**

FILED
2019 MAR 12 P 1:38
U.S. DISTRICT COURT
NEW HAVEN, CT.

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing the enclosed Application for Search Warrant, Search Warrant, this Motion to Seal, and the proposed Order to Seal for a period of two years, until March 12, 2021, or further order of the Court. The Government makes this application because this is an application that pertains to an ongoing criminal investigation, because the Polish authorities have requested that this request for assistance be performed confidentially, and because disclosure of the information contained herein as well as disclosure of the warrant being requested herein may compromise the investigation and increase the risk of harm for the law enforcement officers responsible for the search.

A period of two years of sealing is appropriate because it is unknown how long the Polish authorities will take to complete their investigation. They need time to conduct DNA testing, interpret the results of such testing, translate any interview given by the subject, determine their own next steps in the investigation, and make any additional requests for assistance to the United States and/or other countries through appropriate official channels. The countries from whom assistance is sought will then need time to execute the request(s). Unless assistance is requested from the United States, we will not be kept apprised of developments in the investigation, so it would be difficult to seek piecemeal continued sealing orders of shorter lengths. After a period of

two years, the United States can query the Polish authorities on the status of their investigation and request information as to whether continued sealing is necessary.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

SARALA V. NAGALA
ASSISTANT U.S. ATTORNEY
Fed Bar No. phv05529
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
Sarala.Nagala@usdoj.gov