UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Request from the Republic of Poland Concerning Mutual Assistance in Criminal Matters in the Matter of

▬▬▬▬▬▬▬▬

NO. 3:19MC11 (RMS)

**FILED UNDER SEAL**

FILED
2019 MAR 12 P 1: 38
U.S. DISTRICT COURT
NEW HAVEN, CT.

## ORDER TO SEAL

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the enclosed Application for a Search Warrant, Search Warrant, all attachments thereto, the Motion to Seal, and this Order to Seal, are SEALED until March 12, 2021, or further order of the Court. The Court finds that the sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the motion is granted because this is an application that pertains to an ongoing criminal investigation, because the Polish authorities have requested that this request for assistance be performed confidentially, and because disclosure of the information contained herein as well as disclosure of the warrant being requested herein may compromise the investigation and increase the risk of harm for the law enforcement officers responsible for the search.

A period of two years of sealing is appropriate because it is unknown how long the Polish authorities will take to complete their investigation.

SO ORDERED, this 12th day of March, 2019, at New Haven, Connecticut.

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE