UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

JAN 2 2020 PM 12:15
FILED-USDC CT NEW HAVEN

IN RE: Request from the Republic of Poland
Pursuant to the Treaty Between the
Government of the United States of
America and the Government of
Poland on Mutual Assistance in
Criminal Matters in the Matter of

███████████

No. 3:19mc11 (RMS)
FILED UNDER SEAL

## MOTION FOR EXTENSION OF SEALING ORDER

On January 18, 2019, the Court ordered that Assistant United States Attorney Sarala V.

Nagala be appointed as commissioner of the Court for the purpose of executing a request from

the Republic of Poland seeking evidence under Mutual Legal Assistance in Criminal Matters

agreement between the United States and Poland. *See* Docket Entry #2. The Court ordered that

the Government's Application seeking appointment of AUSA Nagala as Commissioner (Docket

Entry #1) and its order appointing her Commissioner (Docket Entry #2) be sealed until January

18, 2020. *See id.* at 3. By way of this motion, and for the reasons stated below, the Government

seeks an extension of the order sealing Docket Entries 1 and 2 until March 12, 2021, and

requests that the instant motion be kept under seal until March 12, 2021.

This case involves a request from the Republic of Poland to obtain DNA samples and

conduct an interview of an individual in connection with a sexual assault and homicide of an 18-

year-old victim that occurred in 1990. On March 12, 2019, United States Magistrate Judge

Robert M. Spector authorized a search warrant allowing the United States to obtain the requested

DNA samples. *See* Docket Entry #5. Because it was unknown how long the Polish authorities

would take to complete their investigation once the DNA and interview results were transmitted

to them, the Court authorized a sealing period of two years, until March 21, 2021, for the warrant paperwork. *See* Docket #7.

The search warrant was executed on March 22, 2019, and the DNA samples were transmitted to the Polish authorities via FedEx on or around April 24, 2019. The United States requests that the order sealing Docket Entries 1 and 2 be extended until March 12, 2021, and further requests that the instant motion be kept under seal until that date, for several reasons. The Polish authorities need time to conduct DNA testing, interpret the results of such testing, translate the interview given by the subject, determine their own next steps in the investigation, and make any additional requests for assistance to the United States and/or other countries through appropriate official channels. The countries from whom assistance is sought will then need time to execute the request(s). Since the crime the Polish authorities are investigating took place in 1990, they may face additional hurdles in obtaining relevant evidence. If the Polish investigation results in criminal charges against the subject in Connecticut, the Polish authorities would likely try to seek the subject's extradition, which can take years.

Unless additional assistance is requested from the United States, we will not be kept apprised of developments in the Polish investigation, so it would be difficult to seek piecemeal extensions of shorter lengths. Since the sealing order for the warrant paperwork expires on March 12, 2021, that is a convenient date for the requested extensions to expire. When that date nears, the United States can query the Polish authorities on the status of their investigation and request information as to whether continued sealing beyond March 12, 2021, is necessary.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Sev-nyl*

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv05529
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700
Sarala.Nagala@usdoj.gov